

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00655-CV

Rosaly **CANALES** d/b/a Marathon Bulk Transport,
Appellant

v.

**CAPITOL AGGREGATES, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05174
Honorable Cathy Stryker, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding damages in the amount of $500,000 and exemplary damages in the amount of $1,000,000 is REVERSED, and the cause is REMANDED for a new trial on the issue of these unliquidated damages. The remaining part of the trial court's judgment is AFFIRMED.

SIGNED August 5, 2020.

Liza A. Rodriguez, Justice

---

[1]The Honorable Cathy Stryker signed the default judgment. The Honorable Michael E. Mery heard the motion for new trial.